B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Earll Urg Commons-DE, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**80-0129505** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3659 E. Thousand Oaks Blvd.**<br>**Thousand Oaks, CA**<br>ZIP Code **91362** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Ventura** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **12205 Gulf Freeway**<br>**Houston, TX** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Earll Urg Commons-DE, LLC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**Variel Commons-DE, LLC** | Case Number:<br>**1:10-bk-11108-GM** | Date Filed:<br>**1/31/10** |
| District:<br>**Central District** | Relationship:<br>**Co-owner of Real Property** | Judge:<br>**Geraldine Mund** |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Earll Urg Commons-DE, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ M. Jonathan Hayes
Signature of Attorney for Debtor(s)
**M. Jonathan Hayes 90388**
Printed Name of Attorney for Debtor(s)
**Law Offices of M. Jonathan Hayes**
Firm Name
**9700 Reseda Blvd., Suite 201**
**Northridge, CA 91324**
Address

Email: jhayes@polarisnet.net
**818-882-5600**
Telephone Number

~~February 5, 2010~~  4/1/10   90388
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Mark Kaufman**
Printed Name of Authorized Individual
**Managing Member**
Title of Authorized Individual
**February 5, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes<br>Law Offices of M. Jonathan Hayes<br>9700 Reseda Blvd., Suite 201<br>Northridge, CA 91324<br>818-882-5600<br>90388<br>☐ Attorney for: | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Earll Urg Commons-DE, LLC<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists          Date Filed: _____
☐ Other: _____          Date Filed: _____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          _____
*Signature of Authorized Signatory of Filing Party*          Date
**Mark Kaufman**
*Printed Name of Authorized Signatory of Filing Party*

**Managing Member**
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party* and the Filed Document available for review upon request of the Court or other parties.

_____          4-1-10
*Signature of Attorney for Filing Party*          Date
**M. Jonathan Hayes 90388**
*Printed Name of Attorney for Filing Party*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **Earll Urg Commons-DE, LLC**                Case No. _____

Debtor(s)        Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AT&T<br>P.O. Box 5001<br>Carol Stream, IL 60197 | AT&T<br>P.O. Box 5001<br>Carol Stream, IL 60197 | Phone service | | 304.93 |
| Fontaine Carroll<br>5000 Montrose Blvd., #12E<br>Houston, TX 77006 | Fontaine Carroll<br>5000 Montrose Blvd., #12E<br>Houston, TX 77006 | Commission owed | | 3,946.75 |
| Freedom Building Professionals<br>18333 Egret Bay Blvd., #270<br>Houston, TX 77058 | Freedom Building Professionals<br>18333 Egret Bay Blvd., #270<br>Houston, TX 77058 | | | 24,498.52 |
| GFI 45S LLC<br>7315 Cook Rd.<br>Houston, TX 77072 | GFI 45S LLC<br>7315 Cook Rd.<br>Houston, TX 77072 | Greenwich TI First Draw | | 48,000.00 |
| Kaufman Commons-DE, LLC<br>3659 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | Kaufman Commons-DE, LLC<br>3659 E. Thousand Oaks Blvd.<br>Thousand Oaks, CA 91362 | | | 680,505.37 |
| Leo Vasquez<br>Tax Assessor -Collector<br>P.O. Box 4622<br>Houston, TX 77210-4622 | Leo Vasquez<br>Tax Assessor -Collector<br>P.O. Box 4622<br>Houston, TX 77210-4622 | Property Tax | | 71,482.37<br><br>(0.00 secured) |
| Mr. Dirt Maintenance, Inc.<br>8331 Winningham<br>Houston, TX 77055 | Mr. Dirt Maintenance, Inc.<br>8331 Winningham<br>Houston, TX 77055 | Maintenance Service | | 649.50 |
| Mr. Electric<br>1702 Strawberry Rd., #202<br>Pasadena, TX 77502 | Mr. Electric<br>1702 Strawberry Rd., #202<br>Pasadena, TX 77502 | | | 2,706.25 |
| Mustang Security<br>3902 N. Shepherd, Suite C<br>Houston, TX 77018 | Mustang Security<br>3902 N. Shepherd, Suite C<br>Houston, TX 77018 | Security Services | | 4,547.33 |
| Paramount Roofing<br>1146 Sheffield Blvd., Suite a<br>Houston, TX 77015 | Paramount Roofing<br>1146 Sheffield Blvd., Suite a<br>Houston, TX 77015 | | | 2,320.00 |
| Pasadena Independent School Distric<br>P.O. Box 1318<br>Pasadena, TX 77501-1318 | Pasadena Independent School Distric<br>P.O. Box 1318<br>Pasadena, TX 77501-1318 | | | 66,756.04<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re  **Earll Urg Commons-DE, LLC**                            Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Reliant Energy<br>P.O. Box 650475<br>Dallas, TX 75265 | Reliant Energy<br>P.O. Box 650475<br>Dallas, TX 75265 | | | 1,184.44 |
| Revenge Pest Control<br>P.O. Box 84314<br>Pearland, TX 77584 | Revenge Pest Control<br>P.O. Box 84314<br>Pearland, TX 77584 | | | 102.84 |
| Southern Select<br>P.O. Box 34310<br>Houston, TX 77234 | Southern Select<br>P.O. Box 34310<br>Houston, TX 77234 | | | 19,904.74 |
| Systech Solutions<br>330 Ravenhead<br>Houston, TX 77034 | Systech Solutions<br>330 Ravenhead<br>Houston, TX 77034 | Tenant Deposit | Disputed | 2,415.00 |
| Waste Management<br>1901 Afton St.<br>Houston, TX 77055 | Waste Management<br>1901 Afton St.<br>Houston, TX 77055 | | | 366.49 |
| Wray's Air Conditioning<br>2101 West Main St.<br>League City, TX 77573 | Wray's Air Conditioning<br>2101 West Main St.<br>League City, TX 77573 | | | 90.50 |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 5, 2010**          Signature  _/s/ Mark Kauffman_
                                              **Mark Kauffman**
                                              **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    Mark Kaufman   Case No. 1:03-bk-13831-AG  Filed 5/5/03  Discharge 8/22/03
    Variel Commons-DE, LLC   Case No. 1:10-bk-11108-GM  Filed 1/31/10

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Northridge**                          , California.

Dated  **February 5, 2010**

_Mark Kaufman_
*Debtor*

_____
*Joint Debtor*

| Party Name, Address and Telephone Number (CA State Bar No. If Applicable) | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes<br>9700 Reseda Blvd., Suite 201<br>Northridge, CA 91324<br>818-882-5600<br>CA State Bar Number: 90388 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Earll Urg Commons-DE, LLC<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER<br><br>(No Hearing Required) |
|---|---|

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):
   **3659 East Thousand Oaks Blvd., Thousand Oaks, CA 91362**

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
   **3659 East Thousand Oaks Blvd., Thousand Oaks, CA 91362**

3. Disclose the current business address(es) for all corporate officers:
   **Same**

4. Disclose the current business address(es) where the Debtor's books and records are located:
   **Same**

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
   **12505 Gulf Freeway, Houston, Harris County, Texas**

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
   **N/A**

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (*specify*):
   **3659 East Thousand Oaks Blvd., Thousand Oaks, CA 91362**

8. Total number of attached pages of supporting documentation: ___

---

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California        **VEN-C**

Software Copyright (c) 1996-2002 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2    **VEN-C**

| In re | CHAPTER 11 |
|---|---|
| Earll Urg Commons-DE, LLC  Debtor. | CASE NUMBER |

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on __2/5/10__, at __Northridge__, California.

**Mark Kaufman**
*Type Name of Officer*

**Managing Member**
*Position or Title of Officer*

_____
*Signature of Declarant*

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2002 Best Case Solutions, Inc - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    M. Jonathan Hayes 90388

Address    9700 Reseda Blvd., Suite 201 Northridge, CA 91324

Telephone    818-882-5600

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: **Earll Urg Commons-DE, LLC** | Case No.: |
| | Chapter:    11 |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    February 5, 2010

Mark Kaufman/Managing Member
Signer/Title

Date:    February 5, 2010

Signature of Attorney
M. Jonathan Hayes 90388
Law Offices of M. Jonathan Hayes
9700 Reseda Blvd., Suite 201
Northridge, CA 91324
818-882-5600

```
Earll Urg Commons-DE, LLC
3659 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362


M. Jonathan Hayes
Law Offices of M. Jonathan Hayes
9700 Reseda Blvd., Suite 201
Northridge, CA 91324


AT&T
P.O. Box 5001
Carol Stream, IL 60197


Calsaro South Green, Ltd.
Tofigh Shirazi
11522 Katy Freeway, Suite 100
Houston, TX 77043


Capital One Bank
Commercial Loan - Processing Dept
P.O. Box 650744
Dallas, TX 75265-0744


Fontaine Carroll
5000 Montrose Blvd., #12E
Houston, TX 77006


Freedom Building Professionals
18333 Egret Bay Blvd., #270
Houston, TX 77058


GFI 45S LLC
7315 Cook Rd.
Houston, TX 77072
```

Greer, Herz & Adams, LLP
Stephen G. Schulz
One Moody Plaza, 18th Floor
Galveston, TX 77550-7998


Jackson Walker, LLP
Robert W. Harlow
1401 McKinney St, Suite 1900
Houston, TX 77010


Kaufman Commons-DE, LLC
3659 E. Thousand Oaks Blvd.
Thousand Oaks, CA 91362


Kimball, Tirey & St. John LLP
D. Patrick O'Laughlin, Esq.
1202 Kettner Blvd., 5th Floor
San Diego, CA 92154


Leo Vasquez
Tax Assessor -Collector
P.O. Box 4622
Houston, TX 77210-4622


Mr. Dirt Maintenance, Inc.
8331 Winningham
Houston, TX 77055


Mr. Electric
1702 Strawberry Rd., #202
Pasadena, TX 77502


Mustang Security
3902 N. Shepherd, Suite C
Houston, TX 77018

Paramount Roofing
1146 Sheffield Blvd., Suite a
Houston, TX 77015


Pasadena Independent School Distric
P.O. Box 1318
Pasadena, TX 77501-1318


Reliant Energy
P.O. Box 650475
Dallas, TX 75265


Revenge Pest Control
P.O. Box 84314
Pearland, TX 77584


Southern Select
P.O. Box 34310
Houston, TX 77234


Systech Solutions
330 Ravenhead
Houston, TX 77034


Waste Management
1901 Afton St.
Houston, TX 77055


Wray's Air Conditioning
2101 West Main St.
League City, TX 77573